State of New York  County of New York    )

I, Jennifer Oltarsh, an attorney duly admitted to practice law before the courts of the State of New York hereby confirm under the penalty of perjury that that I served a copy of the within

Petition for Review
by having said documents personally served on:

the    US Attorney's Office
       86 Chambers Street
       New York, NY

on this 22nd day of July, 2008

_____
Jennifer Oltarsh